```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

BRENDA WILLIAMS,                    :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :   CIVIL ACTION 08-0201-KD-M
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of                     :
Social Security,                    :
                                    :
    Defendant.                      :

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's attorney's Application for Attorney's Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff's attorney, Margaret A. Stone, be **AWARDED** an EAJA attorney's fee in the amount of $2,682.68.

DONE this <u>7th</u> day of <u>April</u> 2009.

                                        <u>/s/ Kristi K. DuBose</u>
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**